**Wilbert Eugene PROFFITT,**
**Petitioner—Appellant,**

v.

**UNITED STATES of America,**
**Respondent—Appellee.**

No. 08–6174.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 17, 2008.

Decided: July 29, 2008.

Wilbert Eugene Proffitt, Appellant Pro Se.

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wilbert Eugene Proffitt seeks to appeal the district court's order transferring his 28 U.S.C. § 2241 (2000) petition to the United States District Court for the Eastern District of Virginia. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Proffitt seeks to appeal is nei-

ther a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*